U.S. District Court
District of Minnesota

Page 1 o3

James Paul Aery Plaintiff.

VS.

North Star Mutual Insurance

Cory Melbo (Individual & Officially) Defendants

Jodi Mae St. Peter

21-cv-2423 JRT/LIB

Case No.

RECEIVED BY MAIL

NOV 02 2021

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Demand for Jury Trial

Yes

Complaint for Violation of Civil Rights
and Breach of Contract-Insurance Policy

I. No Previous Lawsuits

II. No Recourse made available

III. Parties - A. Plaintiff - James Paul Aery
626 Minnesota Ave. N.W.
Bemidji MN 56601

B. Defendants - North Star Mutual Insurance
269 Barstad Rd. N.
Cottonwood, MN 56229

- Cory Melbo
269 Barstad Rd. N.
Cottonwood, MN 56229

- Jodi Mae St. Peter
7193 Balsam Rd N.W.
Bemidji, MN 56601

SCANNED

NOV 02 2021

U.S. DISTRICT COURT MPLS

US District Court
District of Minnesota

## Complaint

The Court has jurisdiction due to Defendant owing me no loss of property or liberty being a I Amendment right! Due Process is required. Right to Confront under VI Amendment. Thou shalt not lie Commandment foundation at Common Law under VII. and right to trial. XIII Involuntary servitude by eliciting to share fairly portion of insurance in exchange for labor and security at property.

Statement of Claim Jodi and I made agreement to split $30,000 at least worth of removal and demolition as well as me securing the property all summer which was required under policy. Mr Melbo was aware of the agreement and asked me for an accounting when I contacted him from jail by text. He had Knowledge of me residing at the home prior to the fire that destroyed all my property in Jodi's posession and during cleanup. After submitting the hours and description of the property I lost. Mr Melbo said I would receive nothing and that he had me send it because he said," you needed something to keep you busy". That is not very civil. Like I asked him why he had me send it in the first place. So from the start he lied period. He said "Sounds like fun," when I said I'd sue. Where is the moral compass when you need one?

US District Court
District of Minnesota

## Demand/Request for Relief

Monetary relief in excess of $26,000 for pain and suffering through wasting my time and the sheer emotional damage through embarrassing my ~~imputin~~ character. Property loss and labor that was agreed to be paid upon settlement receipt by the policy holder. Order defendants to pay me.

Signed this 22nd day of October 2020

*James Avery*

James Avery
626 Minnesota Ave NW
Bemidji MN 56601